# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

LEVI HUKILL, a minor, by and )
through his natural father and Next )
Friend, EDDIE HUKILL )
      Plaintiff, )
       )
v. )      **Case No.**
       )
CITY OF JOPLIN, MISSOURI, )
JOPLIN POLICE DEPARTMENT, )
VERONICA BAILEY, and ESTHER )
WILLIAMS, )
      Defendant. )

## NOTICE OF REMOVAL

COMES NOW, Defendants City of Joplin, Joplin Police Department, Esther Williams, and Veronica Bailey and state as follows:

1.  City of Joplin, Joplin Police Department, Esther Williams, and Veronica Bailey are defendants in the civil action file on March 25, 2016, in the Circuit Court of Jasper County, Missouri.

2.  Pursuant to provisions of Section 1441 and 1446 of Title 28 of the United States Code, Defendant hereby removes this action to the United States District Court for the Western District of Missouri, Southwestern Division, which is the judicial district and division in which the action is pending.

3.  The grounds for removal of this action are:

    a.  This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States within the meaning of 28 U.S.C. § 1331.

b. In particular, Plaintiff's Petition alleges that his civil rights under the Fourteenth Amendment to the U.S. Constitution have been violated by an unreasonable search and seizure, excessive force, and Plaintiff seeks recovery under 42 U.S.C. § 1983.

c. The other bases for relief asserted by Plaintiffs in their action all arise out of the same set of facts and are part of the same case and controversy, so that this Court has supplemental jurisdiction of them within the meaning of 28 U.S.C. § 1367(a). Therefore, this is an action over which this Court would have had original jurisdiction had it been filed initially in this Court, and removal to this Court is proper under the provision of 28 U.S.C. § 1441(a).

4. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because Plaintiff's Petition in this action was filed on March 25, 2016. Service of the Petition was served on all Defendants on March 30, 2016. This Notice of Removal is filed within 30 days of filing of the Petition and is timely filed under 28 U.S.C. § 1446(b).

5. Pursuant to the provisions of 28 U.S.C. § 1446(a), Defendants attach to this notice and incorporate by reference copies of the following papers, which are all of the process, pleadings, and orders served on them prior to removal of this action:

a. Petition for damages filed in the Circuit Court of Jasper County, Missouri, Case No. 16AO-CC00082.

b. Motion to Appoint a Next Friend, Consent of Next Friend, and Order

c. Summonses issued for the Defendants, Motion and Order for Special Process Server, and Returns of Service on all Defendants.

BLANCHARD, ROBERTSON, MITCHELL & CARTER, P.C.


BY:   /s/  Tyler Strodtman
        Karl W. Blanchard, Jr. - #23180
        Tyler Strodtman - #61064
        320 W. 4th St., P.O. Box 1626
        Joplin, MO  64802
        (417) 623-1515 (Voice)
        (417) 623-6865 (Facsimile)
        ATTORNEYS FOR DEFENDANTS


Copy hereof sent to the following
by filing with the Court's
electronic filing system and by
U.S. Mail, first class, this 14th
day of April, 2016, to:

Andrew Protzman
1100 Main St., Suite 2550
Kansas City, MO 64105
andy@protzmanlaw.com


    /s/  Tyler Strodtman